**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kelli Salazar, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Driver Provider Phoenix LLC, et al.,<br><br>　　　　Defendants. | NO. CV-19-05760-PHX-SMB<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 23, 2024, judgment of dismissal is entered. The action is dismissed with prejudice as to the Settlement Class Members.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 23, 2024

　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　By　　Deputy Clerk